1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN BERTS,                          No.  2:14-CV-02968-KJM-AC

12            Plaintiffs,

13        v.                                  <u>ORDER</u>

14   RAY MABUS, et al.,

15            Defendants.

16

17

18          In light of the parties' stipulation, *see* ECF No. 11, all proceedings in this case are

19   STAYED until October 28, 2016, and all pending deadlines are tolled.

20          The parties shall file a joint status report within fourteen (14) days of conclusion of

21   administrative proceedings, or no later than October 28, 2016.

22          IT IS SO ORDERED.

23   DATED:  April 15, 2015.

24

25   _____
     UNITED STATES DISTRICT JUDGE

26

27

28

                                   1